IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LANCE BROWN, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE BERT BELL/PETE ROZELLE NFL PLAYER RETIREMENT PLAN, et al.,<br><br>Defendants. | Case No. 1:20-cv-06949<br><br>**NOTICE OF DISMISSAL**<br><br>**Fed. R. Civ. P. 41(a)(1)(A)(i)** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs hereby provide notice of the dismissal of this action without prejudice.

Respectfully submitted,

*/s/ Teresa S. Renaker*
Teresa S. Renaker, *pro hac vice*
RENAKER HASSELMAN SCOTT LLP
505 Montgomery Street, Suite 1125
San Francisco, California 94111
Telephone: (415) 653-1733
Facsimile: (415) 727-5079

Wendy R. Fleishman (*pro hac vice to be filed*)
Rachel Geman (*pro hac vice to be filed*)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, New York 10013-1413
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

Mark DeBofsky
mdebofsky@debofsky.com
Marie E. Casciari
mcasciari@debofsky.com
DEBOFSKY SHERMAN CASCIARI REYNOLDS P.C.
150 North Wacker Drive, Suite 1925
Chicago, Il 60606
Phone (312) 561-4040

- 1 -

2050690.1