UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
Eastern Division

Lance Brown, et al.

                                       Plaintiff,

v.                                                Case No.: 1:20−cv−06949

                                                        Honorable John F. Kness

The Bert Bell/Pete Rozelle NFL Player Retirement Plan, et al.

                                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, March 29, 2021:

      MINUTE entry before the Honorable John F. Kness: Plaintiff has filed a "Notice of Dismissal" [21] explaining that the case has been voluntarily dismissed. Defendant's motion to dismiss plaintiff's class action complaint and incorporated memorandum of law in support thereof [17] is dismissed as moot. Because the notice of dismissal was filed before the opposing party served either an answer or a motion for summary judgment, the case is dismissed without prejudice in accordance with the terms of the stipulation and by operation of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. See Nelson v. Napolitano, 657 F.3d 586, 587 (7th Cir. 2011) (Rule 41(a)(1)(A) notice of dismissal "is self−executing and effective without further action from the court"). Each party to bear its own fees and costs. Civil case terminated. Mailed notice. (jj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.